

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00406-CV

Rosie **STRAIT**,
Appellant

v.

**WESTLAND SA 1 LLC RIDGE AT SOUTHCROSS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV03039
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED October 30, 2024.

_____
Irene Rios, Justice